**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, | Case No.: 2:26-cv-0836-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| THRILLING FOODS, INC., | |
| Defendant | |

I ORDER that plaintiff Federal Express Corporation's certificate of interested parties (ECF No. 1) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship for diversity purposes as required by that rule.

DATED this 24th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE